UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE FITZGERALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-04291-RLY-DLP |
| ) | |
| RONCALLI HIGH SCHOOL, INC., ) | |
| and the ROMAN CATHOLIC ) | |
| ARCHDIOCESE OF ) | |
| INDIANAPOLIS, INC., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO STAY PROCEEDINGS**

Defendants Roncalli High School, Inc. ("Roncalli") and the Roman Catholic Archdiocese of Indianapolis, Inc. ("Archdiocese") (collectively, "Defendants"), by counsel, hereby respectfully request that the Court stay this case until the Supreme Court of the United States decides *Altitude Express, Inc. v. Zarda*, No. 17-1623, *cert. granted* 139 S. Ct. 1599 (U.S. Apr. 22, 2019) and *Bostock v. Clayton County*, No. 17-1618, *cert. granted* 139 S. Ct. 1599 (U.S. Apr. 22, 2019).

The question presented in these consolidated cases is whether discrimination against an employee because of sexual orientation constitutes prohibited employment discrimination "because of . . . sex" within the meaning of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a). These cases were argued on October 8th and, for the reasons explained in the attached brief, are sufficiently likely to be dispositive of the federal claims in this case such that a stay would conserve resources and serve judicial economy.

In accordance with Local Rule 7-1, this motion is accompanied by a brief and a proposed order, the latter attached hereto as Exhibit A. This Motion is made in good faith and not for any improper or dilatory purpose.

## CONCLUSION

Based on the foregoing and the attached brief, Defendants respectfully request that the Court stay this case pending the Supreme Court's decision in *Altitude Express, Inc. v. Zarda* and *Bostock v. Clayton County*.

    Respectfully submitted.

    /s/ John S. (Jay) Mercer
    JOHN S. (JAY) MERCER, #11260-49
    MERCER BELANGER
    One Indiana Square, Suite 1500
    Indianapolis, IN 46204
    (317) 636-3551
    (317) 636-6680 fax

    Luke W. Goodrich (DC # 977736)
    Daniel H. Blomberg (DC # 1032624)
    Christopher C. Pagliarella (DC # 273493)
    The Becket Fund for Religious Liberty
    1200 New Hampshire Ave NW
    Suite 700
    Washington, DC 20036
    (202) 955-0095
    (202) 955-0090 fax

    Attorneys for Defendants