UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE FITZGERALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:19-cv-04291-RLY-TAB |
| ) | |
| ROMAN CATHOLIC ARCHDIOCESE ) | |
| OF INDIANAPOLIS, INC., and ) | |
| RONCALLI HIGH SCHOOL, INC. ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION TO STAY MAGISTRATE'S ORDER
PENDING REVIEW OF OBJECTIONS**

THIS MATTER IS BEFORE THE COURT on the Defendants' Motion to Stay Magistrate's Order Pending Review of Objections (Dkt. 60), filed June 24, 2020. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion to Stay Magistrate Order Pending Review of Objections" (Dkt. 60) is **GRANTED.**

**SO ORDERED.**

Date: 6/25/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution: All counsel of record via ECF.