**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MICHELLE FITZGERALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-04291-RLY-TAB |
| ) | |
| RONCALLI HIGH SCHOOL, INC., and ) | |
| the ROMAN CATHOLIC ARCHDIOCESE OF ) | |
| INDIANAPOLIS, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Shelly Fitzgerald previously filed a Supplemental Notice of Authority in support of her oppositions to Defendants' motions for judgment on the pleadings, Dkt. 53, and bifurcated discovery, Dkt. 54, 69, noting the Seventh Circuit's reversal of a dismissal of a Title VII hostile-environment claim under the ministerial exception. Dkt. 74 (discussing *Demkovich v. St. Andrew the Apostle Parish, et al.*, 973 F.3d 718 (7th Cir. 2020)). As Defendants have highlighted, *Demkovich* has been vacated and a petition for a rehearing en banc has been granted. Dkt. 86, 86-1. *Demkovich*'s vacatur does not change how the Court should resolve the pending motions. For the reasons previously explained, the Court should deny the Motion for Judgment on the Pleadings and the Motion to Bifurcate Discovery. *See* Dkt. 53, 54, 69; *see also Starkey v. Roman Catholic Archdiocese of Indianapolis, Inc.*, No. 1:19-cv-3153-RLY-TAB, 2020 WL 6434979 (S.D. Ind. Oct. 21, 2020).

Respectfully submitted,

FINDLING, PARK, CONYERS, WOODY & SNIDERMAN, P.C.

*s/ Mark W. Sniderman*
Mark W. Sniderman

                                                 151 N. Delaware Street, Ste. 1520
                                                 Indianapolis, IN  46204
                                                 Tel: (317) 231-1100
                                                 msniderman@findlingpark.com

*One of the Attorneys for Plaintiff,*
*Michelle Fitzgerald*