## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE FITZGERALD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:19-cv-4291-RLY-TAB |
| RONCALLI HIGH SCHOOL, INC., and the ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

## AGREED MOTION FOR EXTENSION OF
## DISPOSITIVE MOTION DEADLINE

Plaintiff, Michelle Fitzgerald, by counsel, and Defendants the Roman Catholic Archdiocese of Indianapolis, Inc., and Roncalli High School, Inc. (collectively, "Defendants"), by counsel, together move this Court to extend the deadline for dispositive motions by 90 days to May 25, 2021. In support, they state as follows:

1. On October 5, 2020, this Court granted the parties' motion to amend the Case Management Plan, setting a dispositive motion deadline of February 24, 2021. (ECF 79)

2. On November 25, 2020, this Court granted Plaintiff's unopposed motion to stay discovery deadlines pending the Court's ruling on Defendants' Objections to the Magistrate's Order on the Motion to Bifurcate Discovery. (ECF 85) The Court also granted a subsequent unopposed motion to stay the final witness and exhibit list deadline pending that ruling. (ECF 88)

3.      Given the stay of discovery deadlines, the parties agree that an extension of the dispositive motion deadline is also appropriate.

WHEREFORE, the parties, by counsel, respectfully request the Court extend the dispositive motion deadline in the modified Case Management Plan to May 25, 2021.

Respectfully submitted,

*s/ Mark W. Sniderman* (by consent)
Mark W. Sniderman, #26599-49
FINDLING PARK CONYERS WOODY &
SNIDERMAN, P.C.
151 N. Delaware St., Ste. 1520
Indianapolis, IN 46204
Tel: (317) 231-1100
msniderman@findlingpark.com

*One of the Attorneys for Plaintiff,
Michelle Fitzgerald*

*/s/ Christopher C. Pagliarella*
Luke W. Goodrich
(DC # 977736)
Daniel H. Blomberg
(DC # 1032624)
Joseph C. Davis (DC # 1047629)
Christopher C. Pagliarella
(DC # 273493)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW Ste. 400
Washington, DC 20006
(202) 955-0095
(202) 955-0090 fax
cpagliarella@becketlaw.org

John S. (Jay) Mercer, #11260-49
Wooton Hoy, LLC
13 North State Street, #2A
Greenfield, IN 46140
(317) 439-0541

*Attorneys for Defendants*