**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MICHELLE FITZGERALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-04291-RLY-TAB |
| ) | |
| RONCALLI HIGH SCHOOL, INC., and ) | |
| the ROMAN CATHOLIC ARCHDIOCESE OF ) | |
| INDIANAPOLIS, INC., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO APPEAR PRO HAC VICE FILED ON BEHALF OF ATTORNEYS RICHARD B. KATSKEE, BRADLEY GIRARD, AND ADRIANNE M. SPOTO**

Mark W. Sniderman, of the law firm Findling Park Conyers Woody & Sniderman, P.C., pursuant to S.D. Ind. L.R. 83-6, moves this Court for an order granting Richard B. Katskee, Bradley Girard, and Adrianne M. Spoto leave to appear *pro hac vice* as counsel on behalf of Plaintiff Michelle Fitzgerald in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Bradley Girard, as required by S.D. Ind. L.R. 83-6(b), is attached as Exhibit 1.

2. The Certification of Adrianne M. Spoto, as required by S.D. Ind. L.R. 83-6(b), is attached as Exhibit 2.

3. The Certification of Richard B. Katskee, as required by S.D. Ind. L.R. 83-6(b), is attached as Exhibit 3.

4. Electronic payment in the amount of three hundred dollars ($300.00) will be submitted via pay.gov during the filing of this motion.

For these reasons, the undersigned counsel respectfully requests that this Court enter an Order granting Richard B. Katskee, Bradley Girard, and Adrianne M. Spoto leave to appear *pro hac vice* on behalf of Plaintiff Michelle Fitzgerald for purposes of this cause only.

Dated: April 5, 2021                                Respectfully submitted,

                                                            FINDLING PARK CONYERS WOODY
                                                             & SNIDERMAN, P.C.

                                                            *s/ Mark W. Sniderman*
                                                            Mark W. Sniderman
                                                            151 N. Delaware St., Ste. 1520
                                                            Indianapolis, IN  46204
                                                           Tel: (317) 231-1100
                                                           msniderman@findlingpark.com

                                                           *One of the Attorneys for Plaintiff, Michelle Fitzgerald*