UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE FITZGERALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-04291-RLY-TAB |
| ) | |
| RONCALLI HIGH SCHOOL, INC., ) | |
| ROMAN CATHOLIC ARCHDIOCESE OF ) | |
| INDIANAPOLIS, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON AUGUST 16, 2021, SETTLEMENT CONFERENCE

Parties appeared in person and by counsel August 16, 2021, for a settlement conference conducted via Zoom. Settlement discussions held, but no settlement was reached. Conference concluded without further order.

Dated: 8/17/2021

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email