SA.71

# Exhibit 11

Declaration of Brigid Parker

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE FITZGERALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-04291-RLY-TAB |
| ) | |
| RONCALLI HIGH SCHOOL, INC., and ) | |
| the ROMAN CATHOLIC ) | |
| ARCHDIOCESE OF ) | |
| INDIANAPOLIS, INC., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF BRIGID PARKER

I, Brigid Parker, declare:

1. I am over 18 years old and legally competent to testify.

2. I know these facts to be true based on my own personal knowledge, except for facts that I believe to be true upon information and belief. If called as a witness, I could competently testify to these facts.

3. I was a student at Roncalli from Fall 2015 through Spring 2019. My father, Daniel Parker, was one of the school's board members until August 2018.

4. Ms. Fitzgerald was my guidance counselor from when I started at Roncalli up until she was placed on leave.

5. While Ms. Fitzgerald was my guidance counselor, I met with her at least once per year to talk about my classes and college goals.

6. My understanding of the role of the guidance counselors, including Ms. Fitzgerald, was that they were there to help us with college admissions and to help us with any academic issues. For example, if there was a class I wasn't doing well in, I could go to her.

7. Ms. Fitzgerald was an amazing counselor. She was a good listener, compassionate, and very helpful in planning for my classes and career.

1

8. I did not ever talk about religion or spirituality with Ms. Fitzgerald. She never brought up Catholic teachings or doctrine in our meetings. We never prayed during meetings.

9. Ms. Fitzgerald did not help shape my spiritual life as a counselor. She did not inspire or guide me in my spiritual life.

10. Ms. Fitzgerald never preached the message of the Gospel in any of our meetings.

11. I did not understand Ms. Fitzgerald to be a minister of the Catholic Church's teachings in her role as a guidance counselor.

12. If I had questions about religion or spirituality, I would have gone to the chaplain, one of the religion teachers, or possibly another teacher. I believe Roncalli encouraged the other students and me to go to the chaplain or religion teachers with those kinds of questions.

13. I would not have gone to Ms. Fitzgerald with questions about religion or spirituality. I didn't think of her as being there to answer religious questions. Instead, she was there to help me plan for my future classes, college, and career.

14. Ms. Fitzgerald never encouraged me to come to her with questions about religion or to talk about religion or spirituality.

15. To my knowledge, no one at the school encouraged the other students or me to go to Ms. Fitzgerald or the other guidance counselors with religious questions or to seek religious advice.

16. I did not see Ms. Fitzgerald as a minister or religious leader at Roncalli. To my knowledge, the other students did not see her that way either.

17. Ms. Fitzgerald never presented herself as a religious leader at Roncalli. No one else at the school ever presented Ms. Fitzgerald as a religious leader or a religious authority either.

18. I do not remember going to Ms. Fitzgerald with any personal issues.

19. I attended one of Roncalli's senior retreats. I remember someone giving a talk about their "Graph of Life" at the retreat. From what I remember, it was about the ups and downs of their life. The speaker may have made some brief references to religion, but I mainly remember the talk being about the speaker's own personal life.

20. After the retreat, I did not see the teachers or recent graduates from the retreat as religious leaders.

21. While at Roncalli, I attended the monthly school masses. I remember sometimes seeing Ms. Fitzgerald in the back during the Mass. I understood her to be playing the same role as anyone attending a Catholic Mass.

22. I do not remember Ms. Fitzgerald ever leading prayer, delivering a reading, or filling any of the other roles at Mass. Nor do I remember her ever leading prayer at any other time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2022, in Florence, Italy.

*Brigid Parker*
Brigid Parker

3