SA.75

# Exhibit 12

Declaration of Dominic Conover

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE FITZGERALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-04291-RLY-TAB |
| ) | |
| RONCALLI HIGH SCHOOL, INC., and ) | |
| the ROMAN CATHOLIC ) | |
| ARCHDIOCESE OF ) | |
| INDIANAPOLIS, INC., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF DOMINIC CONOVER**

I, Dominic Conover, declare:

1. I am over 18 years old and legally competent to testify.

2. I know these facts to be true based on my own personal knowledge, except for facts that I believe to be true upon information and belief. If called as a witness, I could competently testify to these facts.

3. I was a student at Roncalli from Fall 2015 through Spring 2019.

4. My guidance counselor for my freshman through junior years was Kathy Heath. My guidance counselor for my senior year was Angela Maly.

5. During the first semester of my senior year, I met with Ms. Maly about once or twice a month, mainly to talk about college applications.

6. During the second semester of my senior year, I started meeting with Kelly Meyer, the school's college counselor, for more advice about college admissions.

7. I saw the guidance counselors as people to go to with questions about scheduling classes, staying on track to receive a diploma, and planning for college and post-graduation. To my knowledge, most other students saw the guidance counselors' role like I did.

8. During my counseling sessions with Ms. Heath and Ms. Maly, we always talked about academics, not faith. There was no religious portion of our meetings.

9. I wouldn't have gone to a guidance counselor about religious questions.

10. If I had a question about religion, faith, or spirituality, I could have gone to a religion teacher. The school encouraged us to bring religious questions to our religion teachers, the chaplain, or a priest.

11. Unlike in class, we never prayed during guidance meetings, whether with Ms. Heath, Ms. Maly, or Ms. Meyer. And I wasn't aware of any students who prayed with their guidance counselors.

12. Ms. Heath, Ms. Maly, and Ms. Meyer never gave me any prayer cards, saint imagery, or other religious memorabilia. Nor did I hear of any students during my time at Roncalli ever getting religious memorabilia of any kind from a guidance counselor after a meeting.

13. I didn't see the guidance counselors as religious leaders at Roncalli.

14. I didn't go to Ms. Heath or Ms. Maly with personal issues. Instead, I went to Kelley Fisher, the school's social worker. Most of my issues were related to coming out as gay, and I never felt that going to the guidance counselors about that made sense.

15. I am gay and was out during my junior and senior years. I never spoke with Ms. Maly or the other guidance counselors about my sexual orientation. Ms. Maly never asked about it either, although I believe she was aware that I am gay.

16. During my time at Roncalli, to my knowledge, the Student Assistance Program was mostly associated with drug and alcohol use.

17. The school held all-school liturgies once a month. The campus minister organized the liturgies, with the help of the religion teachers.

18. To my knowledge, teachers and staff weren't required to attend the all-school liturgies. Some would stay in their classrooms or offices during that time. I don't remember seeing the guidance counselors at the liturgies, though some may have chosen to go.

19. A couple teachers and staff members helped distribute communion during the liturgies, but most of the people distributing communion were seniors. I don't remember Ms. Fitzgerald ever distributing communion.

20. My understanding was that teachers and staff were on the same level as students during the liturgies—they were doing the same thing as us.

21. I knew of Ms. Fitzgerald, but I didn't know her personally before she was placed on leave.

22. I didn't see Ms. Fitzgerald as a religious leader or playing a religious role at the school. I don't think the school community saw her as a religious leader either.

23. The school never held Ms. Fitzgerald out to us as a religious leader. They would direct us to the religion teachers or the priest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2022, in Indianapolis, Indiana.

*[signature]*

Dominic Conover