**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MICHELLE FITZGERALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-04291-RLY-TAB |
| ) | |
| RONCALLI HIGH SCHOOL, INC., and ) | |
| the ROMAN CATHOLIC ARCHDIOCESE OF ) | |
| INDIANAPOLIS, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF MANUAL FILING**

Plaintiff, Michelle Fitzgerald, by counsel, respectfully notifies the Court she has today manually filed two video exhibits, pursuant to S.D. Ind. L.R.5-2(b)(2), in support of her Opposition to Defendants' Motions for Summary Judgment and Judgment on the Pleadings [Dkt. 126.], and that she has served the exhibits upon Defendants' counsel. Plaintiff previously filed URL links to both video exhibits. [Dkt. 125 at 4.]

WHEREFORE, Plaintiff files her notice of manual filing.

Dated: January 25, 2022                Respectfully submitted,

*s/ Mark W. Sniderman*
Mark W. Sniderman
FINDLING PARK CONYERS WOODY
 & SNIDERMAN, P.C.
151 N. Delaware St., Ste. 1520
Indianapolis, IN  46204
Tel: (317) 361-4700
Fax: (317) 231-1106
msniderman@findlingpark.com

*One of the Attorneys for Plaintiff,*
*Michelle Fitzgerald*