# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE FITZGERALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-04291-RLY-TAB |
| ) | |
| RONCALLI HIGH SCHOOL, INC., ) | |
| and the ROMAN CATHOLIC ) | |
| ARCHDIOCESE OF ) | |
| INDIANAPOLIS, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Christopher Pagliarella, one of the counsel for Defendants, the Roman Catholic Archdiocese of Indianapolis, Inc., and Roncalli High School, Inc., respectfully moves the court to withdraw as counsel in this appeal. As of June 17, 2022, Pagliarella will no longer be an attorney with The Becket Fund for Religious Liberty. Defendants continue to be represented by their other counsel of record, including Luke W. Goodrich, Daniel H. Blomberg and Joseph C. Davis, of The Becket Fund for Religious Liberty, and John S. Mercer of Wooton Hoy, LLC. See Local Rule 83-7(b)(4).

                                      Respectfully submitted.
                                      /s/ *Christopher Pagliarella*
                                      Christopher Pagliarella
                                      THE BECKET FUND FOR
                                      RELIGIOUS LIBERTY
                                      1919 Pennsylvania Ave., N.W.
                                        Suite 400
                                      Washington, DC 20006
                                      Phone Number: (202) 955-0095

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon the following on June 16, 2022 by this Court's electronic filing system:

Adrianne Spoto
Bradley Girard
Richard B. Katskee
Americans United for Separation of Church and State
1310 L St NW, Ste. 200
Washington, DC 20005
spoto@au.org
girard@au.org
katskee@au.org

Mark W. Sniderman
Findling Park Conyers Woody & Sniderman, P.C.
151 N. Delaware Street, Ste. 1520
Indianapolis, IN 46204
msniderman@findlingpark.com

David T. Page
1634 West Smith Valley Road, Suite B
Greenwood, IN 46142
David.Page@hhcfirm.com

/s/ *Christopher Pagliarella*
Christopher Pagliarella
THE BECKET FUND FOR
RELIGIOUS LIBERTY
1919 Pennsylvania Ave., N.W.
  Suite 400
Washington, DC 20006
Phone Number: (202) 955-0095