# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE FITZGERALD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:19-cv-04291-RLY-TAB |
| RONCALLI HIGH SCHOOL, INC., and the ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

This matter having come before the Court on counsel for defendants Christopher Pagliarella's Motion to Withdraw as Counsel, and the Court having considered said Motion [Filing No. 132] and being duly advised on the premises, now finds that said motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Christopher Pagliarella's appearance as counsel is withdrawn as of the date of this order.

Date: 6/21/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.