UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| MICHELLE FITZGERALD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:19-cv-04291-RLY-TAB |
| RONCALLI HIGH SCHOOL, INC. and, ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC., | ) | |
| Defendants. | ) | |

**Final Judgment**

In today's Entry, the court granted summary judgment for the Defendants based on the ministerial exception. In doing so, the court resolved all of the claims at issue in the case. Accordingly, the court now enters final judgment in favor of Defendants and against the Plaintiff.

**IT IS SO ORDERED** this 30th day of September 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.