**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MICHELLE FITZGERALD, )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )<br>  )<br> RONCALLI HIGH SCHOOL, INC., and )<br> the ROMAN CATHOLIC )<br> ARCHDIOCESE OF )<br> INDIANAPOLIS, INC., )<br>  )<br>   Defendants. ) | Case No. 1:19-cv-04291-RLY-TAB |

**NOTICE OF APPEAL BY PLAINTIFF MICHELLE FITZGERALD**

Plaintiff Michelle Fitzgerald appeals to the U.S. Court of Appeals for the Seventh Circuit from the District Court's Final Judgment (Doc. 141) entered on September 30, 2022.

October 28, 2022                              Respectfully submitted,

                                              /s/ *Bradley Girard*
                                              BRADLEY GIRARD
                                              Americans United for Separation of
                                                Church and State
                                              1310 L Street NW, Suite 200
                                              Washington, DC 20005
                                              (202) 466-3234
                                              girard@au.org

                                              *Counsel for Michelle Fitzgerald*