# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 31, 2022

**To:** Roger A. G. Sharpe
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 22-2954 <br><br> Caption: <br> MICHELLE FITZGERALD, <br>          Plaintiff - Appellant <br><br> v. <br><br> RONCALLI HIGH SCHOOL, INC. and ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC., <br>          Defendants - Appellees |
| District Court No: 1:19-cv-04291-RLY-TAB <br> Clerk/Agency Rep Roger A. G. Sharpe <br> District Judge Richard L. Young <br><br> Date NOA filed in District Court: 10/28/2022 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)