# UNITED STATES DISTRICT COURT
## Southern District of Indiana

Save for E-Filing

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: ALL PARTIES

Pending Case No(s).[1]
) 2:18-cv-00238-JPH-MJD
) 1:19-cv-04291-RLY-TAB
) 1:20-cv-01271-JPH-MJD
) 1:21-cv-02809-JRS-MJD
) 1:22-cv-00913-JMS-MKK
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies all parties of the following changes:

|  | *Previous Information:* | **Current Information:** |
|---|---|---|
| **Name:** | Mark W. Sniderman | Mark W. Sniderman |
| **Law Firm, Company, and/or Agency:** | Sniderman Law | Sniderman Law |
| **Address:** | 151 N. Delaware St., Ste. 1520<br>Indianapolis, IN 46204 | One Indiana Square, Ste. 1550<br>Indianapolis, IN 46204 |
| **Primary E-mail:** | mark@snidermanlaw.com | mark@snidermanlaw.com |
| **Secondary E-mail(s):** | marksniderman@gmail.com | marksniderman@gmail.com |
| **Telephone Number:** | (317) 361-4700 | (317) 361-4700 |
| **Facsimile:** | (317) 231-1106 | (317) 231-1106 |

Date: July 6, 2023

s/ Mark W. Sniderman

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.